MARK S. POSARD  (SBN: 208790)
JEROME SCHREIBSTEIN  (SBN: 154051)
GORDON & REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054
Mposard@gordonrees.com
Jschreibstein@gordonrees.com

Attorneys for Defendant
BERKELEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE VARGAS; POMPELLA CAMPOS; X.M., by her next friend MARIA DIAZ; MARIA DIAZ; J.B., by his next friend LEOCADIA RAMOS; LEOCADIA RAMOS; B.L., by his next friend TED LEVITON; and TED LEVITON,<br><br>Plaintiff,<br><br>vs.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, SUPERINTENDENT DONALD EVANS, BEATRIZ LEYVA-CUTLER, TY ALPER, JUDY APPEL, JOSH DANIELS, KAREN HEMPHILL, MARLEEN SACKS, LISA VAN THILLO, EVELYN TAMONDONG-BRADLEY, JANET LEVENSON, SAM PASAROW, SHANNON FIERRO, and DOES 1-10,<br><br>Defendants. | CASE NO. 3:16-CV-06634-WHO<br><br>**STIPULATION AND ORDER TO MODIFY CERTAIN CASE MANAGEMENT DATES** |

### **STIPULATION**

This STIPULATION is entered into between plaintiffs LUPE VARGAS, POMPELLA CAMPOS, X.M., by her next friend MARIA DIAZ. MARIA DIAZ, J.B., by his next friend LEOCADIA RAMOS, LEOCADIA RAMOS, B.L., by his next friend TED LEVITON, and TED LEVITON (collectively, "Plaintiffs'), on the one hand, and defendant, Berkeley Unified School District ("BUSD"), on the other hand, through their respective counsel, as follows:

WHEREAS, counsel for Plaintiffs and counsel for BUSD have attempted to orderly arrange for service on the individually named defendants and it is believed that all of those individuals, with one exception, will agree to waive personal service on or before February 22, 2017;

WHEREAS, BUSD anticipates that it, and some of the individually named defendants, will bring motions challenging the Complaint, which may impact the parties and allegations remaining in the case;

WHEREAS, the parties agree that the efficiencies of the case will be best served by setting a uniform responsive pleading date for those served defendants, and vacating and re-setting the current Initial Case Management Conference date, and associated Rule 26 disclosure and ADR compliance dates; and

WHEREAS, the parties have stipulated and agreed that:

1. The responsive pleading date in this matter shall be set for March 21, 2017 for all defendants served on or before February 28, 2017; and

2. The previously set dates for the Initial Case Management Conference (February 28, 2017), Rule 26 Disclosures and ADR compliance shall be vacated and re-set once the matter is at issue.

**IT IS SO STIPULATED.**

Dated:  February 17, 2017						GORDON & REES SCULLY MANSUKHANI, LLP

								By:	/S/  Jerome Schreibstein
									MARK S. POSARD
									JEROME SCHREIBSTEIN
									Attorneys for Defendant
									BERKELEY UNIFIED SCHOOL DISTRICT

Dated:  February 17, 2017

UNITED FOR EQUALITY AND AFFIRMATIVE ACTION LEGAL DEFENSE FUND

By:  /S/ Ronald Cruz
RONALD CRUZ
SHANTA DRIVER* (Michigan Bar No. P65007)
*ptro hac vice* application pending
Attorneys for Plaintiff

## ORDER

Per Stipulation of the parties, **as modified below**, and good cause otherwise appearing:

1. The responsive pleading date in this matter is set for **March 21, 2017 for all defendants served on or before February 28, 2017**; and

2. The previously set dates for the Initial Case Management Conference (February 28, 2017), Rule 26 Disclosures and ADR compliance **are continued for 60 days.  The initial Case Management Conference is set for May 2, 2017 at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated:  February 21, 2017

By:  _____
HON. WILLIAM H. ORRICK

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1128827/31713751v.1

-3-
STIPULATION AND ORDER TO MODIFY CERTAIN CASE MANAGEMENT DATES
CASE NO. 3:16-CV-06634- WHO