RONALD CRUZ, State Bar No. 267038
SHANTA DRIVER, Michigan Bar No. P65007*
United for Equality and Affirmative Action Legal Defense Fund (UEAALDF)
1985 Linden Street
Oakland, CA 94607
(510) 875-4463 Fax: (313) 586-0089
ronald.cruz@ueaa.net, shanta.driver@ueaa.net
Attorneys for Plaintiff
*Appearing *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUPE VARGAS, et al., | CASE NO. 3:16-cv-06634-WHO |
| Plaintiff, | ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND HEARING ON MOTIONS (DOCKET NOS. 29, 31, AND 32) |
| vs. | |
| BERKELEY UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

Based on Plaintiffs' "2nd Motion to Reschedule Case Management Conference and Hearing on Motions (Docket Nos. 29, 31, and 32)" and good cause appearing therefor, the Court hereby orders that:

1. The hearing on Docket Nos. 29, 31, and 32, currently set for May 10, 2017 at 2:00 p.m., shall be rescheduled to May 9, 2017 at 3:30 p.m.; and

2. The Case Management Conference, currently set for May 10, 2017 at 2:00 p.m., shall be rescheduled to May 9, 2017 at 3:30 p.m. The Case Management Statement, currently due on May 3, 2017, shall be submitted by May 2, 2017.

IT IS SO ORDERED.

Dated: April 19, 2017   By: _____
Hon. William H. Orrick
United States District Court Judge