Lorenzo E. Gasparetti (SBN 135976)
LGasparetti@ReedSmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Mónica M. Ortiz (SBN 259282)
MOrtiz@ReedSmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant Marleen Sacks

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE VARGAS, et al.,<br><br>   Plaintiffs,<br><br> vs.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>   Defendants. | Case No. 3:16-cv-06634-WHO<br><br>Honorable William H. Orrick III<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT MARLEEN SACKS FOR AWARD OF ATTORNEYS' FEES IN CONNECTION WITH PRIOR ANTI-SLAPP MOTION**<br><br>*[Concurrently filed with Notice of Motion and Motion; Memorandum of Points and Authorities; and Declaration of Lorenzo E. Gasparetti]*<br><br>Date: October 18, 2017<br>Time: 2:00 pm<br>Place: Courtroom 2, 17th Floor<br><br>Compl. Filed: November 16, 2016 |

# [PROPOSED] ORDER

On October 18, 2017 at 2:00 p.m,. the Motion of Defendant Marleen Sacks for Award of Attorneys' Fees In Connection With Prior Anti-Slapp Motion (the "Motion") came on regularly for hearing in Courtroom 2 of the above-referenced court, the Honorable William Orrick presiding. Appearances of counsel were as noted in the record.

The Court, having reached and considered the briefs and papers of the parties that were submitted to the Court in connection with the Motion, and being otherwise fully advised and good cause appearing therefor, hereby **GRANTS** Ms. Sacks's Motion for Attorneys' Fees and Expenses. It is further ordered that:

Plaintiffs LUPE VARGAS, *et al.* shall pay Ms. Sacks attorneys' fees in the amount of $_____ and expenses in the amount of $_____ .

**IT IS SO ORDERED.**

DATED: _____

By: _____
Honorable William H. Orrick III

Case No. 3:16-cv-06634-WHO    – 1 –

[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT MARLEEN SACKS FOR AWARD OF ATTORNEYS' FEES IN CONNECTION WITH PRIOR ANTI-SLAPP MOTION