SHANTA DRIVER, Michigan Bar No. P65007*
RONALD CRUZ, State Bar No. 267038
United for Equality and Affirmative Action Legal Defense Fund (UEAALDF)
1985 Linden Street
Oakland, CA 94607
(510) 875-4463 Fax: (313) 586-0089
ronald.cruz@ueaa.net, shanta.driver@ueaa.net
Attorneys for Plaintiffs
*Appearing *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUPE VARGAS, et al., <br><br> Plaintiff, <br><br> vs. <br><br> BERKELEY UNIFIED SCHOOL DISTRICT, et al., <br><br> Defendants. | **CASE NO. 3:16-cv-06634-WHO** <br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: November 2, 2018         UNITED FOR EQUALITY AND AFFIRMATIVE
                                ACTION LEGAL DEFENSE FUND (UEAALDF)

                                By:   /s/ Ronald Cruz
                                      RONALD CRUZ
                                      SHANTA DRIVER
                                Attorneys for Plaintiffs

Dated: November 2, 2018         GORDON & REES SCULLY MANSUKHANI, LLP

                                By:   /s/ Jerome Schreibstein
                                      MARK S. POSARD
                                      JEROME SCHREIBSTEIN

Attorneys for Defendants Berkeley Unified School District, Lisa Van Thillo, Shannon Fierro

### **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice, with all parties to bear their own costs.

Dated: November 5, 2018

_____
Hon. William H. Orrick
Judge
United States District Court